UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KEITH SROCZYNSKI,<br><br>　　　　　　　　Defendant. | PO-16-5145-GF-JTJ<br>Ticket Number: 6562930 and 6562929<br>Location Code: M13<br>Disposition Code: PE for 6562930 and 6562929, NM for 6562933, 6562931, 6562932, 6562928<br><br>JUDGMENT IN A CRIMINAL CASE AND ORDER DISMISSING |

　　　　The Defendant, Keith Sroczynski, was present in court and entered a plea of guilty to the charges of: OPEN CONTAINER and POSSESSION OF DRUG PARAPHERNALIA.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.　Defendant must pay a fine in the amount of $85.00 plus $30.00 Special Assessment for OPEN CONTAINER and $570.00 plus $30.00 Special Assessment for POSSESSION OF DRUG PARAPHERNALIA for a total of $715.00.  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363.  Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid in monthly payments of $50.00, with the first payment due on or before December 1, 2016.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston.  If you appeal, you will be required to pay a $37 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

IT IS FURTHER ORDERED that VIOLATION NUMBERS 6562932, 6562933, 6562931, 6562928 are hereby DISMISSED on the motion on the United States.

Date of Imposition of Judgment: September 22, 2016.

| | |
|---|---|
| <u>October 6, 2016</u> | <u>/s/John Johnston</u> |
| Date Signed | JOHN JOHNSTON |
| | United States Magistrate Judge |