# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO 16-05145-GF-JTJ |
| Plaintiff, | VIOLATION: 6562929 |
| vs. | Location Code: M13 |
| **KEITH P. SROCZYNSKI,** | ORDER |
| Defendant. | |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the motion to pardon William R. Griswold, expunge his conviction for Violation Notice No. 6562929 and dismiss the case with prejudice, pursuant to President Biden's Proclamation 10467, is GRANTED. The defendant shall forfeit any fine payments made, but no further payments are required.

DATED this 26th day of March, 2024.

John Johnston
United States Magistrate Judge